UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MILDRED TONYA SEAL                                    CIVIL ACTION

VERSUS                                                NO. 11-2168

MICHAEL J. ASTRUE, COMMISSIONER                       SECTION "A" (1)
OF SOCIAL SECURITY ADMINISTRATION

### ORDER

The Court, having reviewed the supplemental memoranda that the parties filed in accordance with the Court's Order and Reasons entered on September 17, 2012 (Rec. Doc. 29), **GRANTS** the **Motion for Attorney's Fees (Rec. Doc. 23)** as follows:  Plaintiff will be awarded attorney's fees totaling $6,360.00, which is based on attorney time of 39.75 hours[1] at an hourly rate of $160.00.  In accordance with Plaintiff's suggestion, the Court will not designate a payee, leaving the issue of payment up to the Social Security Administration's payment center.  (Rec. Doc. 32, at 3).

October 3, 2012

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court found Plaintiff's submission of 50 hours of attorney time to be excessive in this case.  The Court reduced nearly all of Plaintiff's itemized times in order to arrive at the figure of 39.75 hours.